C4

RECEIVED
JAN 23 2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Hoke Larry Turner III

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Patricia Fix
Mark Pleasant
Valerie Cechowski
Otis Wilson

08CV507
JUDGE MANNING
MAG. JUDGE MASON

(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: *Hoke Larry Turner III*

B. List all aliases: *Larry Turner*

C. Prisoner identification number: *R59192*

D. Place of present confinement: *Pinckneyville Correctional Ctr.*

E. Address: *3854 State Route 154, Pinckneyville, IL, 62274*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: *Patricia Fix*
   Title: *Assistant States Attorney*
   Place of Employment: *Lake County States Attorney office*

B. Defendant: *Mark Pleasant*
   Title: *Investigator*
   Place of Employment: *Lake County Child Advocacy Center*

C. Defendant: *Valerie Cechowski*
   Title: *An Honorable Judge*
   Place of Employment: *Lake County Courthouse*

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

Defendants

D. Defendant: Otis Wilson
   Title: Corrections Officer
   Place of employment: Lake County Jail

E. Defendant: ? Deven
   Title: Detective
   Place of employment: Lake County Jail

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 11 January 2006, one week before trial, Patricia Fix by her investigator Mark Pleasant obtained a search warrant from Judge Cechowski, Valerie, who was not my presiding judge. The warrant permitted Inv. Pleasant to photograph of my penis, in relation to evidence from alleged victim that I was circumcised. Nowhere in Pleasant's affidavit did he indicate that the case was pending for trial. As a matter of fact the case number was handwritten on the complaint and warrant after Judge Cechowski signed it in order to misrepresent the stage of prosecution. At approx. 1330 hrs on 1-11-06 I was transported to the medical department at the Lake County Jail to be served the warrant. Inv. Pleasant, photographer (Detective Deven) and Correctional Officer Otis Wilson and myself were the only present bodies inside the examination room.

Prior to and during the photo session I continued to ask for my attorney John Bailey's attendance but was denied. Inv. Pleasant told me that my attorney was made aware of the procedure in advance (which was not the case). I submitted to one round of photos and immediatly pulled up my trousers. It was then by Inv. Pleasant that I was threatened with force including possible handcuffing if I would not submit to additional photos. Ofc. Wilson asked that I comply or he would have to call for additional personnel. It was then I submitted to more intrusive photos aided by Smirka and degrading remarks about my genitalia between Inv. Pleasant and Det. Deven. Afterward, I was transported back to my place of detention at the jail. Less than 1 hour my attorney appeared at the jail with an order to Quash Warrant signed by Judge Cechowski. By this time

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Would like disciplinary action and to be monetarily compensated.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of January, 20 08

_____
(Signature of plaintiff or plaintiffs)

Hoke Larry Turner III
(Print name)

R59192
(I.D. Number)

Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL. 62274
(Address)