UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** HOKE LARRY TURNER III

**Defendant(s):** PATRICIA FIX, et. al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**

Hoke Larry Turner III
R-59192
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL  62274

**Defendant's Attorney:**

08CV507
JUDGE MANNING
MAG. JUDGE MASON

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

FILED
JAN 2 3 2008
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [x] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 01/23/2008