FILED ᶜᴴ

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

JAN 2 3 2008
Jan 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Hoke L. Turner III_
Plaintiff

v.

_Patricia Fix, Mark Pleasant,_
_Valerie Ceckowski, Otis Wilson_
Defendant(s)

**08CV507**
**JUDGE MANNING**
**MAG. JUDGE MASON**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _Hoke L. Turner III_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # _R59192_  Name of prison or jail: _Pinckneyville Correctional_
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: _$10.00_

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _August 04 to Sept 04 (Temp Agency)_
      Monthly salary or wages: _300 per week_
      Name and address of last employer: _Venturi Agency_
      _Arlington Heights, Illinois_

   b. Are you married?   ☒Yes   ☐No   *Separated 1yr & divorcing
      Spouse's monthly salary or wages: _approx $520.00 per week_
      Name and address of employer: _D.O.D. Employer @ Great Lakes Naval Base_
      _Great Lakes, IL. 60088_  Ph# _847-688-2767 x132 ELLEN TURNER_

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                             ☐Yes   ☒No
      Amount _____  Received by _____

    b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐Yes    ☐No
Amount *$900 per month* Received by *Veteran's Administration*

    e. ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f. ☐ Any other sources (state source: *Mother* )    ☒Yes    ☐No
Amount *$250.00* Received by *Parents*

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents.
*Ashley Turner (16) Tatayana Turner (13) Joshua Turner (9) (entire)*
*Daughter        Daughter         Son    my disability check goes toward their welfare re. living expenses education*

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1-8-08

_____
Signature of Applicant

Hoke L. Turner III
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Turner, Hoke, I.D.# R59192, has the sum of $ 49.98 on account to his/her credit at (name of institution) Pinckneyville Correctional Center. I further certify that the applicant has the following securities to his/her credit: Ø. I further certify that during the past six months the applicant's average monthly deposit was $ 72.04.
(Add all deposits from all sources and then divide by number of months).

1-10-08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

LISA D. FLOWERS
(Print name)

rev. 10/10/2007

Date: 1/10/2008
Time: 8:15am
d_list_inmate_trans_statement_composite

**Pinckneyville Correctional Center**
**Trust Fund**
View Transactions

Page 1

**Inmate:** R59192 Turner, Hoke  **Housing Unit:** PNK-R2-D -27

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 347.06 |
| 10/05/07 | Point of Sale | 60 Commissary | 278724 | 395258 | Commissary | -220.31 | 126.75 |
| 10/11/07 | Point of Sale | 60 Commissary | 284758 | 395851 | Commissary | -40.93 | 85.82 |
| 10/15/07 | Point of Sale | 60 Commissary | 288724 | 396173 | Commissary | -50.53 | 35.29 |
| 11/07/07 | Mail Room | 10 Western Union | 311200 | 7107261210 | PINCKNEY, BRENDA | 100.00 | 135.29 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 |  | P/R month of 10/2007 | 6.12 | 141.41 |
| 11/14/07 | Point of Sale | 60 Commissary | 318724 | 398998 | Commissary | -129.15 | 12.26 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223703, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.40 | 11.86 |
| 11/27/07 | Mail Room | 10 Western Union | 331200 | 8837601074 | PINCKNEY, BRENDA | 50.00 | 61.86 |
| 11/29/07 | Point of Sale | 60 Commissary | 333724 | 400531 | Commissary | -51.69 | 10.17 |
| 12/14/07 | Mail Room | 10 Western Union | 348200 | 5642086857 | PINCKNEY, BRENDA | 50.00 | 60.17 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348141 |  | P/R month of 11/2007 | 10.00 | 70.17 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351341 | Chk #51679 | 224061, IBF Postage, Inv. Date: 12/11/2007 | -2.16 | 68.01 |
| 12/17/07 | Disbursements | 81 Legal Postage | 351341 | Chk #51679 | 224061, IBF Postage, Inv. Date: 12/11/2007 | -1.31 | 66.70 |
| 12/17/07 | Disbursements | 90 Medical Co-Pay | 351341 | Chk #51683 | 223944, DOC: 523 Fund Inmate R, Inv. Date: 11/30/2007 | -2.00 | 64.70 |
| 12/17/07 | Disbursements | 90 Medical Co-Pay | 351341 | Chk #51683 | 223932, DOC: 523 Fund Inmate R, Inv. Date: 11/29/2007 | -2.00 | 62.70 |
| 12/18/07 | Point of Sale | 60 Commissary | 352758 | 402778 | Commissary | -58.42 | 4.28 |
| 01/03/08 | Point of Sale | 60 Commissary | 003758 | 404811 | Commissary | -4.00 | .28 |
| 01/07/08 | Mail Room | 10 Western Union | 007200 | 0695027716 | PINCKNEY, BRENDA | 50.00 | 50.28 |

|  |  |
|---|---|
| Total Inmate Funds: | 50.28 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .30 |
| Funds Available: | 49.98 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

1-8-2008

Dear Clerk:

I've been incarcerated since September 28, 2005 and my only knowledge of my current disability deposit is from my estranged spouse. I have no access whatsoever to these funds but I know that the amount I reported goes toward the $850 per month rent where my 3 dependents reside. I've received no income from Ellen Turner since March 2006.

Sincerely & Truthfully,

[signature]