1-17-2008

Dear Clerk:

I've had difficulty within the institution in getting the trust fund verification and also access to the law library for copies, etc. We were on an institutional lockdown from Tues Jan 8 thru Tues Jan 15, 2008 which only compounded the complication.

Also, one of the defendants is Detective Seven which I do not have his first name. I wish to remove him at this time if this would delay my lawsuit, please.

Sincerely,

08CV507
JUDGE MANNING
MAG. JUDGE MASON

FILED
JAN 23 2008
Jan 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

```
ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
         INMATE CALL PASS ISSUED

   IDOC#: R59192 TURNER, HOKE              2 A L  PNK-R2-D -27
 PRIMARY: UNASSIGNED, PARTICIPANT

DESTINATION: LIBRARY                DAY:   1/17/08   AT:   8:30 A
  PASS TYPE: LIBRARY
   COMMENTS: LAW LIBRARY
 AUTHORIZED: HEIDEMANN, D.

 CELL HOUSE SIGNATURE: _____    TIME: _____

DESTINATION SIGNATURE: _____    TIME: _____

       EXIT SIGNATURE: _____    TIME: _____

     RETURN SIGNATURE: _____    TIME: _____
```