# United States District Court
## Northern District of Illinois
**Eastern Division**

TURNER                                      **JUDGMENT IN A CIVIL CASE**

          v.                                       Case Number: 08 C 507

FIX

- ☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that    The complaint is dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim. The trust fund officer at plaintiff's current place of incarceration is ordered to make deductions from plaintiff's account and payments to the clerk of court as stated herein. A copy of this order shall be sent to the trust fund officer at Pinckneyville Correctional Center. This dismissal counts as one of plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g).

                                                  Michael W. Dobbins, Clerk of Court

Date: 2/27/2008                                   _____
                                                  /s/ J. Smith, Deputy Clerk