08C0507 Ⓐ

February 25, 2008

FEB 28 2008   **FILED**

FEB 28 2008  *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. Clerk Dobbins:

1. Enclosed are copies of a Summons for Dissolution of Marriage. I'd annotated on the "Informa Pauperis" application that I was divorcing in order for my spouse's income to not be a consideration in deciding my eligibility. My divorce should be finalized no later than mid March 2008 if the court shall need further confirmation.

2. I realize that you're not to advise me on legal matters due to you not being an attorney. But my question is more of one along "instruction" — not advise, on advice:

I have to amend my complaint in 08C0507 and I did receive the instructions on how to do that — But I'm adding more defendants for instance the immediate supervisors to my current defendants. My question is do I re-write the whole narrative as in my initial complaint or can I just name the new defendants in the narrative

2/25/08
pg. 2
H.Wong

and their relation to the already listed defendants ie. Patricia Fix's the Asst D.A. But the Head D.A. is Michael Wallen? His particular involvement is only that he is the supervisor to Fix and Pleasant. What is the Court's instruction?

Thank you for your attention,

H.Wong

*Judge Manning 08CV507*
*Hoke L Turner III vs Patricia Fix, et al.*

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
LAKE COUNTY, ILLINOIS

*Ellen D Turner*
        Petitioner,

*Hoke Larry Turner III*
        Respondent.

08 D 0242

Gen. No. _____

## SUMMONS
### ILLINOIS MARRIAGE AND DISSOLUTION OF MARRIAGE ACT

To each Defendant:

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of this court, 18 N. County Street, Waukegan, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

**YOU ARE FURTHER NOTIFIED THAT A DISSOLUTION ACTION STAY IS IN FULL FORCE AND EFFECT UPON SERVICE OF THIS SUMMONS. THE CONDITIONS OF THE STAY ARE SET FORTH ON THE REVERSE SIDE OF THIS SUMMONS, WHICH WAS SERVED UPON YOU, AND ARE APPLICABLE TO THE PARTIES AS SET FORTH IN THE STATUTE.**

To the Officer:

    This summons must be returned by the officer or other person to whom it was given for service, with the endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

WITNESS:

(Seal of Court)

Sally D. Coffelt, Clerk of the 19th Judicial Circuit, and the seal thereof, at Waukegan, Illinois

Dated ____FEB 0 5 2008____

*Sally D Coffelt*
Clerk of the 19th Judicial Circuit

Plaintiff's Attorney (or plaintiff, if he/she is not represented by attorney)

*Ellen D Turner*

Address  *1817 Jethro Ave apt B, Zion, Il 60099*

Telephone # _____

FAX Telephone # _____
    (If service by facsimile transmission will be accepted, the telephone number of the plaintiff's attorney's facsimile machine is additionally required)

Date of service _____, 20 _____ (To be inserted by officer on copy left with defendant or other person.)

*Judge Manning 08C00507*
*Hoke L. Turner III -vs- Patricia FK, et al*

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT,
LAKE COUNTY, ILLINOIS

_Ellen D. Turner_____
      Petitioner,

_Hoke Larry Turner III_
      Respondent.

08 D 0242

Gen. No. _____

## SUMMONS
### ILLINOIS MARRIAGE AND DISSOLUTION OF MARRIAGE ACT

To each Defendant:

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of this court, 18 N. County Street, Waukegan, Illinois, within 30 days after service of this summons, not counting the day of service. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

**YOU ARE FURTHER NOTIFIED THAT A DISSOLUTION ACTION STAY IS
IN FULL FORCE AND EFFECT UPON SERVICE OF THIS SUMMONS.
THE CONDITIONS OF THE STAY ARE SET FORTH ON THE REVERSE SIDE OF THIS SUMMONS,
WHICH WAS SERVED UPON YOU, AND ARE APPLICABLE TO THE PARTIES
AS SET FORTH IN THE STATUTE.**

To the Officer:

    This summons must be returned by the Officer or other person to whom it was given for service, with the endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

WITNESS:

(Seal of Court)

Sally D. Coffelt, Clerk of the 19th Judicial Circuit, and the seal thereof, at Waukegan, Illinois

Dated ___FEB 0 5 2008___

_Sally D. Coffelt_
Clerk of the 19th Judicial Circuit

Plaintiff's Attorney (or plaintiff, if he/she is not represented by attorney)
_Ellen D. Turner_
Address _1817 Jethro ave apt B  Zion, IL 60099_

Telephone # _____

FAX Telephone # _____
    (If service by facsimile transmission will be accepted, the telephone number of the plaintiff's attorney's facsimile machine is additionally required)

Date of service _____, 20 _____ (To be inserted by officer on copy left with defendant or other person.)